```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.G. AND S.G., INDIVIDUALLY, AND ON BEHALF OF THEIR DISABLED DAUGHTER, O.G.,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

1:22-cv-01077-MKV

ORDER RE: INITIAL PRETRIAL CONFERENCE

MARY KAY VYSKOCIL, United States District Judge:

    The Court held an initial pretrial conference on July 5, 2022.  Counsel for all parties were in attendance.  In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- At the conference, counsel for Defendant advised the Court that today was his last day at the New York City Law Department.  Accordingly, by tomorrow, replacement counsel shall file an appearance on behalf of Defendant.

- On or before August 5, 2022, the parties shall file a joint letter advising the Court as to the status (but not substance) of settlement discussions between the parties.

**SO ORDERED.**

**Date: July 5, 2022**
**New York, NY**

*Mary Kay Vyskocil*
MARY KAY VYSKOCIL
United States District Judge